# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| JOE AITRO,<br>　　　　Plaintiff,<br><br>v.<br><br>LOCKWOOD MISSOURI POLICE<br>DEPARTMENT, et al.,<br>　　　　Defendants. | )<br>)<br>)<br>)<br>) No. 06-3183-CV-S-FJG<br>)<br>)<br>) |

## ORDER

On November 16, 2006, this Court ordered that plaintiff show cause in writing on or before December 8, 2006, why this matter should not be dismissed for failure to prosecute, as the deadline for accomplishing service passed many months ago, and plaintiff had not indicated that defendants had been served nor had he asked for additional time in which to obtain service. See Doc. No. 16. Plaintiff was advised that his failure to respond to this Court's order would result in the dismissal of this case without further notice. To-date, plaintiff has failed to respond to this Court's order. Therefore, the Court orders the above-captioned matter dismissed with prejudice. Each party shall bear its own attorneys' fees and costs.

**IT IS FURTHER ORDERED** that the Clerk of the Court send a copy of this order via regular mail to plaintiff at the following address:

Joe Aitro
P. O. Box 326
Webb City, MO 64870

**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　　**/S/ FERNANDO J. GAITAN, JR.**
　　　　　　　　　　　　　　　　　　　　　　　　Fernando J. Gaitan, Jr.
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Dated: December 13, 2006
Kansas City, Missouri